IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

DERRIMESHIA DENNIS,                          :
                                             :
    Petitioner,                          :
                                             :
v.                                           :    CIVIL ACTION NO.
                                             :    3:26-cv-00013-LMM
WENDY JACKSON,                               :
                                             :
    Respondent.                          :

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [7]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [7], as its opinion: this action is **DISMISSED WITHOUT PREJUDICE** due to Petitioner's failure to prosecute the case and follow lawful Orders of the Court. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 14th day of May, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**